**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 09-6808**

_____

UNITED STATES OF AMERICA,

                 Plaintiff – Appellee,

        v.

HARLANDO OMAR CARR,

                 Defendant – Appellant.

_____

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Malcolm J. Howard,
Senior District Judge.  (5:96-cr-00020-H-1)

_____

Submitted:  March 8, 2011            Decided:   March 21, 2011

_____

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Harlando Omar Carr, Appellant Pro Se.  Jennifer P. May-Parker,
Rudolf  A.  Renfer,  Jr.,  Assistant  United  States  Attorneys,
Raleigh, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Harlando Omar Carr appeals the district court's order denying his motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. See United States v. Legree, 205 F.3d 724, 728-29 (4th Cir. 2000); United States v. Carr, No. 5:96-cr-00020-H-1 (E.D.N.C. Apr. 21, 2009). We deny Carr's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED